FILED
CLERK, U.S. DISTRICT COURT

MAY 19 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONIFACIO BRACAMONTES, | Case No. CV 09-4358-AHM (DTB) |
| Petitioner, | |
| vs. | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MARSHAL, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts (all but one of) the findings, conclusions and recommendations of the Magistrate Judge. See attached rider.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: May 19, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

1

*Bonifacio Bracamontes v. Marshal, Warden*
CV 09-4358 AHM (DTB)

RIDER TO ORDER


The Court does not concur in or adopt the Magistrate Judge's conclusion (at pages 23) that the prosecutor's statements during rebuttal argument did not "indirectly attack, or call attention to, petitioner's failure to testify." However, the Court does concur in the Magistrate Judge's finding that "even assuming that the prosecutor's statements amounted to misconduct under *Griffin*, petitioner has not demonstrated that he was prejudiced as a result." *Id.* at 24.