JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONIFACIO BRACAMONTES, | Case No. CV 09-4358-AHM (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| MARSHAL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 19, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**

1